IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW T. MURPHY,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

  v.                                        Case No.  13-cv-642-jdp

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Board of Regents of the University of Wisconsin System, granting its motion for summary judgment.

| | |
|---|---|
| s/ R.Plender, Deputy Clerk | 12/24/2014 |
| Peter Oppeneer, Clerk of Court | Date |